

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-19-00021-CV

Colleen T. **BRADY**,
Appellant

v.

**COMPASS BANK D/B/A BBVA COMPASS**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10192
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant Colleen T. Brady has filed a notice stating that she is in bankruptcy. The notice complies with Rule 8 of the Texas Rules of Appellate Procedure. Accordingly, this appeal and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

It is therefore ORDERED that this appeal is ABATED. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.

_____
Keith E. Hottle,
Clerk of Court